**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KRISTOPHER S. KOSTECK | ) | BANKRUPTCY CASE NUMBER 10-11414 |
| AMANDA R. KOSTECK | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 4 | Professional Emergency Physicians<br>Post Office Box 12949<br>Fort Wayne, Indiana   46866-2949 | $ 2.11 |
| CLAIM # 10 | Verizon Wireless<br>Post Office Box 3397<br>Bloomington, Illinois   61702 | $ 4.95 |

**TOTAL:   $ 7.06**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

              ____/s/ Yvette Gaff Kleven_____
              Yvette Gaff Kleven